**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-7825**

———————————

UNITED STATES OF AMERICA,

                                   Plaintiff - Appellee,

       versus

GERALD PHILLIPS,

                                   Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge;
Herbert N. Maletz, Senior Judge, sitting by designation.  (CR-93-
455-JFM, CA-97-2019-HNM)

———————————

Submitted:  May 13, 1999                     Decided:  May 18, 1999

———————————

Before WIDENER and MOTZ,[*] Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Gerald Phillips, Appellant Pro Se.  Lynne Ann Battaglia, United
States Attorney, Baltimore, Maryland, for Appellee.

———————————

[*] Judge Motz did not participate in consideration of this
case.  The opinion is filed by a quorum of the panel pursuant to 28
U.S.C. § 46(d) (1994).

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gerald Phillips seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Phillips, Nos. CR-93-455-JFM; CA-97-2019-HNM (D. Md. Oct. 22, 1998). Much of Phillips' appeal is based on a "traverse" allegedly filed in district court. However, the certified district court record reveals that this document was never filed, and thus, the district court did not err in failing to consider it. See 4th Cir. R. 10(b) (parties are responsible for insuring that all relevant documents have been included in the record). We deny Philips' motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2